**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7791

BYRON JOSEPH KNOX,

                    Plaintiff - Appellant,

          v.

JOSEPH M. BROOKS, Warden,

                    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Jerome B. Friedman, District Judge.   (2:06-cv-00221-JBF-TEM)

Submitted:  February 19, 2009      Decided:  February 25, 2009

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Byron Joseph Knox, Appellant Pro Se.  Susan Lynn Watt, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Byron Joseph Knox appeals the district court's order dismissing as untimely his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Knox v. Brooks</u>, No. 2:06-cv-00221-JBF-TEM (E.D. Va. Aug. 4, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>